| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Zainey, Jay C | USDC, Eastern District of La. | 05/15/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - active | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final    5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 Poydras Street C-455 New Orleans, La 70130 | Reviewing Officer _____  Date _____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. New Orleans Chapter Board Member | Federal Bar Association |
| 2. Board Member | Magnolia Special School Board |
| 3. Active Participant | God's Special Children |
| 4. Board Member | The Pro Bono Project |
| 5. | |

RECEIVED 2007 MAY 21 P 12: 02 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C | 05/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | United States | $ 156,454 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | U.S. District Court Eastern District of Louisiana | 01/09-01/12 Palm Beach, FL - Seminar Lecture - Travel |
| 2. | Louisiana State Bar Association | 06/08-06/10 San Destin, FL - Seminar Lecture- Travel |
| 3. | FJC | 07/23-07/25 Washington, DC - Seminar Lecture - Travel |
| 4. | Diocese of Lubbock | 10/04-10/05 Lubbock, TX - Seminar Lecture - Travel |
| 5. | U.S. District Court Eastern District of Louisiana | 10/17-10/20 Palm Beach, FL - Seminar Lecture - Travel |

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C | 05/15/2007 |

6. Stanford Law School — 10/26-10/28 Stanford, CA - Seminar Lecture - Travel

7. FJC — 11/12-11/14 Washington, DC - Seminar Lecture - Travel

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Chateau Estates Golf & Country Club | Free Membership Dues | $ 2100 |
| 2. | Gary Solomon | Saints football tickets | $ 2400 |
| 3. | World Trade Center Plimsoll Club | Membership Dues | $ 300 |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | JP Morgan | Mortgage - Refinance of Rental Property #2 | M |
| 2. | JP Morgan | Line-of-credit- Rental Property #2 | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Rental Property #1, Metairie, La | E | Rent | N | W | | | | | |
| 2.   Rental Property #2, Metairie, La | E | Rent | N | W | | | | | |
| 3.   Rental Property #3, Baton Rouge, La | B | Rent | M | R | Sell | 8/22 | M | E | See Note in Part VIII |
| 4.   JP Morgan Accounts (7) | C | Interest | K | T | | | | | |
| 5.   Hibernia Accounts (4) | D | Interest | L | T | | | | | |
| 6.   Hibernia Investments LLC | A | Dividend | K | T | | | | | |
| 7.   Sun Life Finanacial - Life Insurance Policy #1 | D | Interest | L | T | | | | | |
| 8.   Sun Life Financial - Life Insurance Policy #2 | A | Interest | J | T | | | | | |
| 9.   Sun Life Financial - Life Insurance Policy #3 | A | Interest | J | T | | | | | |
| 10.  MFS/Sun Life Financial - IRA | D | Interest | N | T | | | | | |
| 11.  Sun Life Assurance Company - Life Insurance Policy #1 | C | Interest | L | T | | | | | |
| 12.  Jackson National Life Ins. - Retirement Annuity #1 | B | Interest | L | T | | | | | |
| 13.  Jackson National Life Ins. - Retirement Annuity #2 | A | Interest | K | T | | | | | |
| 14.  Jackson National Life Ins. - Retirement Annuity #3 | A | Interest | K | T | | | | | |
| 15.  Jackson National Life Ins. - Retirement Annuity #4 | A | Interest | K | T | | | | | |
| 16.  Jackson National Life Ins. - Retirement Annuity #5 | A | Interest | K | T | | | | | |
| 17.  Jackson National Life Ins. - Retirement | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Annuity #6 | | | | | | | | | |
| 18. Jackson National Life Ins. - Retirement Annuity #7 | B | Interest | K | T | | | | | |
| 19. Jackson National Life Ins. - Retirement Annuity #8 | E | Interest | K | T | | | | | |
| 20. Jackson National Life Ins. - Retirement Annuity #9 | A | Interest | J | T | | | | | |
| 21. IRA #1 - State Street Bank and Trust - JP Morgan | A | Interest | K | T | | | | | |
| 22. IRA #2- State Street Bank and Trust - JP Morgan | A | Interest | J | T | | | | | |
| 23. Sun Life Financial - Common Stock | A | Dividend | K | T | | | | | |
| 24. Southwest Airlines - Common Stock | | None | | T | Sell | 03/22 | K | A | |
| 25. Stewart Enterprises - Common Stock | | None | | T | Sell | 03/22 | J | A | |
| 26. Reliance Group Holdings, Inc. - Common Stock | | None | J | T | | | | | |
| 27. United States Antigen Corporation | | None | J | W | | | | | |
| 28. Khoder International Brokerage | | None | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C | 05/15/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Line 3 - Rental Property #3, Baton Rouge, LA

Purchase date = July 1, 2005
Purchase Price = $169,652

Sale date = August 22, 2006
Sale Price = $202,500

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C | 05/15/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date_____5/15/07_____

NOTE: ANY~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMI

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544